# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Satya V. Reddi<br>Plaintiff(s)<br>v.<br>Hughes & Hughes, LLP et al.<br>Defendant(s). | CASE NUMBER:<br>8:15-cv-1054<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

<u>Satya V. Reddi</u>         ■ Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

to substitute <u>Satya V. Reddi</u> who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ■ Pro Se

<u>2265 Lichen Lane</u>
*Street Address*

<u>Tustin, CA 92780</u>
*City, State, Zip*

<u>satyareddi@yahoo.com</u>
*E-Mail Address*

<u>714-552-2469</u>
*Telephone Number*          *Fax Number*          *State Bar Number*

as attorney of record instead of <u>Corey Evan Parker Esq. and the Law Office of Corey Evan Parker, PC</u>
*List **all** attorneys from same firm or agency who are withdrawing*

is hereby   ☒ GRANTED   ☐ DENIED

Dated   September 14, 2015

*(signature)*
U. S. District Judge