Steven A. Silverstein, Bar No. 64610
Mark W. Huston, Bar No. 119872
Robert I. Cohen, Bar No. 168686
Law Offices of SILVERSTEIN & HUSTON
701 South Parker Street, Suite 5500
Orange, CA 92868
Tel. (714) 547-2511
Fax (714) 547-0230
silverstein@silversteinhuston.com

Attorneys for Defendants, HUGHES & HUGHES LLP; LISA BERGMAN HUGHES; BRUCE ALAN HUGHES; DAVID EWING WALD; SAMANTHA HUGHES; JONATHAN MARK KAIHO; TERESA MCNAMARA MATTOS; ROBIN ELIZABETH LEMASTER-FARRIMOND; SVAPNA ALAN TRIVEDI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SATYA V. REDDI,<br><br>    Plaintiff,<br><br>v.<br><br>HUGHES & HUGHES LLP; LISA BERGMAN HUGHES; BRUCE ALAN HUGHES; DAVID EWING WALD; JASON JAMES COLEMAN; NAVID MOSHTAEL; RICHARD PAUL SULLIVAN; ANN MICHELLE COLEMAN; LORI HUNT KENNEDY; TAMIRA LOPEZ COOPER; ARELIS HUGHES; SAMANTHA HUGHES; JONATHAN MARK KAIHO; TERESA MCNAMARA MATTOS; ROBIN ELIZABETH LEMASTER-FARRIMOND; CANDY MADANIPOUR; SVAPNA ALAN TRIVEDI; and DOES 1 Through 20,<br><br>    Defendants. | Case No.  8:15-cv-1054 JVS<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>DATE:     October 5, 2015<br>TIME:     1: 30 p.m.<br>CTRM:    10C<br><br>Honorable James V. Selna |

1

SILVERSTEIN
& HUSTON
701 S. Parker St.
Suite 5500
Orange, CA
92868
(714) 547-2511

The Court, having considered Defendants' HUGHES & HUGHES LLP; LISA BERGMAN HUGHES; BRUCE ALAN HUGHES; DAVID EWING WALD; SAMANTHA HUGHES; JONATHAN MARK KAIHO; TERESA MCNAMARA MATTOS; ROBIN ELIZABETH LEMASTER-FARRIMOND; and SVAPNA ALAN TRIVEDI (collectively "Defendants") Motion to Dismiss Plaintiff SATYA V. REDDI's ("Plaintiff") complaint, and all papers and arguments relating thereto, HEREBY ORDERS THAT:

1.  Defendants', HUGHES & HUGHES LLP; LISA BERGMAN HUGHES; BRUCE ALAN HUGHES; DAVID EWING WALD; SAMANTHA HUGHES; JONATHAN MARK KAIHO; TERESA MCNAMARA MATTOS; ROBIN ELIZABETH LEMASTER-FARRIMOND; and SVAPNA ALAN TRIVEDI, Motion to Dismiss Plaintiff's complaint with prejudice is GRANTED.

IT IS SO ORDERED.

DATED: October 30, 2015

_____
HON. JAMES V. SELNA
United States District Court Judge

SILVERSTEIN
& HUSTON
701 S. Parker St.
Suite 5500
Orange, CA
92868
(714) 547-2511

2